**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **ANTHONY WADE LIKER, ESQ.;** § <br> *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **TEXAS BOARD OF LAW** § <br> **EXAMINERS, et al.,** § <br> *Defendants*. § | | **MO:23-CV-00034-DC** |

# **FINAL JUDGMENT**

In accordance with the Court's Order (Doc. 38), Defendants' Motion to Dismiss is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction be **GRANTED** and Plaintiff's claims be **DISMISSED** without prejudice.

It is also **ORDERED** that all pending motions be **DENIED** as **MOOT**.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

The Court also **DIRECTS** the Clerk of Court to send a copy of this Final Judgment to Anthony Wade Liker via certified mail return receipt requested to **4775 Oakwood Drive,**

**No. 423, Odessa, Texas 79761**. The Court further **DIRECTS** the Clerk of Court to file the return receipt.

It is so **ORDERED**.

SIGNED this 30th day of January, 2024.

                          DAVID COUNTS
                          UNITED STATES DISTRICT JUDGE